# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Robert Wesley Clayton , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:12-cv-00109-MR |
| | ) | 1:07cr101-MR |
| vs. | ) | |
| | ) | |
| USA , | ) | |
| | ) | |
| Respondent | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 5, 2013 Order.

July 8, 2013

Frank G. Johns, Clerk
United States District Court